

# THE SUPREME COURT OF TEXAS
Post Office Box 12248
Austin, Texas 78711

(512) 463-1312

September 30, 2013

Mr. Steven Rade Guy
The Norman Law Firm
215 East Commerce St, 2nd Floor
Jacksonville, TX 75766-1870

Ms. Kelley Denney Peacock
Cherokee County District Attorney
PO Box 839
Linden, TX 75563

Mr. Gregory Lee West
Cherokee County Jail
272 Underwood St.
Rusk, TX 75785

RE:     Case Number: 13-0760
        Court of Appeals Number:
        Trial Court Number: 2011-02-0106

Style:  IN RE GREGORY LEE WEST

FILED IN COURT OF APPEALS
12th Court of Appeals District

SEP 3 0 2013

TYLER TEXAS
CATHY S. LUSK, CLERK

Dear Counsel:

Today the Supreme Court of Texas issued the enclosed abatement order in the above-referenced case.

Sincerely,

Blake A. Hawthorne

Blake A. Hawthorne, Clerk

by Claudia Jenks, Chief Deputy Clerk

cc:  Ms. Laverne Lusk
     Ms. Cathy S. Lusk

FILE COPY

12-13-00273-CV

# IN THE SUPREME COURT OF TEXAS

No. 13-0760

IN RE GREGORY LEE WEST, RELATOR

v.

, REAL PARTY IN INTEREST

FILED IN COURT OF APPEALS
12th Court of Appeals District

SEP 30 2013

TYLER TEXAS
CATHY S. LUSK, CLERK

ON PETITION FOR WRIT OF MANDAMUS

## ORDER

1. The motion to abate appeal, filed on , is granted, and this case is **ABATED** to allow the parties to proceed with settlement negotiations.

2. This case is removed from the Court's active docket until , by which time the parties must file either a status report or a motion to dismiss. The parties shall immediately notify this Court about any changes in status in the settlement proceedings.

Done at the City of Austin, this 30 day of September, 20.

BLAKE A. HAWTHORNE, CLERK
SUPREME COURT OF TEXAS

By Claudia Jenks, Chief Deputy Clerk